DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Shaw<br><br>Case below:<br>159 N.C. App. 230 | No. 435P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-537) | Denied |
| State v. Spruill<br><br>Case below:<br>157 N.C. App. 365 | No. 387P03 | Def's PWC to Review the Decision of the<br>COA  (COA02-702) | Denied |
| State v. Thomas<br><br>Case below:<br>159 N.C. App. 468 | No. 489P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1276) | Denied |
| State v. Torres<br><br>Case below:<br>159 N.C. App. 230 | No. 447P03 | 1.  Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1726)<br><br>2.  AG's Motion to Dismiss Appeal | 1. Denied<br><br>2. Dismissed |
| State v. Wiggins<br>(aka Rae Carruth)<br><br>Case below:<br>159 N.C. App. 252 | No. 520P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-959) | Denied |
| Sullivan v. Mebane<br>Packaging Grp., Inc.<br><br>Case below:<br>158 N.C. App. 19 | No. 370P03 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA02-762) | Denied |
| Zumkehr v. Hidden<br>Lakes Prop. Owners<br>Ass'n<br><br>Case below:<br>158 N.C. App. 747 | No. 408P03 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA02-547) | Denied |

PETITION TO REHEAR

| | | | |
|---|---|---|---|
| Dawes  v. Nash Cty.<br><br>Case below:<br>357 N.C. 442 | No. 117A02 | Def's Petition for Rehearing | Denied<br>**09/09/03** |